# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRYAN WAYNE CRAWLEY,

    Petitioner,

vs.

BRAD CAIN, et al.,

    Respondents.

Case No. 2:17-cv-02086-RFB-CWH

**ORDER**

Petitioner having filed an unopposed motion for an enlargement of time (ECF No. 8), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time (ECF No. 8) is **GRANTED**. Petitioner will have through April 23, 2018, to file and serve an amended petition for a writ of habeas corpus.

DATED: January 23, 2018.

RICHARD F. BOULWARE, II
United States District Judge