# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN WAYNE CRAWLEY,

        Petitioner,

v.

BRAD CAIN, et al.,

        Respondents.

Case No. 2:17-cv-02086-RFB-CWH

**ORDER**

Petitioner having filed an unopposed motion for an enlargement of time (third request) (ECF No. 12), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for an enlargement of time (third request) (ECF No. 12) is **GRANTED**. Petitioner will have through August 22, 2018, to file an amended petition.

DATED: July 23, 2018.

                                                                        
RICHARD F. BOULWARE, II
United States District Judge