# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN WAYNE CRAWLEY,

    Petitioner,

v.

BRAD CAIN, et al.,

    Respondents.

Case No. 2:17-cv-02086-RFB-CWH

**ORDER**

Petitioner has filed an unopposed motion to stay (ECF No. 25). Good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to stay (ECF No. 25) is **GRANTED**.

IT FURTHER IS ORDERED that this action is **STAYED** pending disposition of Ross v. Williams, Case No. 16-16533, in the United States Court of Appeals for the Ninth Circuit. Petitioner must file a motion to reopen this case and a response to the motion to dismiss (ECF No. 16) within sixty (60) days of issuance of the mandate in Ross v. Williams. Further, petitioner or respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

///

///

///

1

IT FURTHER IS ORDERED that the clerk of court shall administratively close this action until such time as the court grants a motion to reopen the action.

DATED: July 16, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge