UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN WAYNE CRAWLEY, | Case No. 2:17-cv-02086-RFB-CWH |
| Petitioner, | **ORDER** |
| v. | |
| BRAD CAIN, et al., | |
| Respondents. | |

This is a stayed habeas corpus action under 28 U.S.C. § 2254. Petitioner has filed a motion to reopen (ECF No. 31) and an unopposed motion for an enlargement of time (first request) (ECF No. 32). The court grants both motions.

IT THEREFORE IS ORDERED that petitioner's motion to reopen (ECF No. 31) is **GRANTED**. The clerk of the court is directed to reopen the action, to lift the stay, and to reinstate the motion to dismiss (ECF No. 16).

IT FURTHER IS ORDERED that petitioner's unopposed motion for an enlargement of time (first request) (ECF No. 32) is **GRANTED**. Petitioner will have up to and including February 1, 2021, to file a response to the motion to dismiss (ECF No. 16).

DATED: January 15, 2021

_____
RICHARD F. BOULWARE, II
United States District Judge

1