Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Alicia_intriago@fd.org

*Attorney for Petitioner Bryan Wayne Crawley

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN WAYNE CRAWLEY,<br><br>       Petitioner,<br><br>v.<br><br>BRAD CAIN, ET AL.,<br><br>       Respondents. | Case No. 2:17-cv-02086-RFB-CWH<br><br>**STIPULATION TO ALLOW PETITIONER THE OPPORTUNITY TO FILE A MOTION FOR LEAVE TO AMEND THE PETITION AND TO EXTEND TIME FOR RESPONDENTS TO RESPOND TO PETITION** |

Petitioner Bryan Crawley and Respondents Brad Cain, et al., (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Mr. Crawley filed his First Amended Petition on August 28, 2018. ECF No. 14. The undersigned counsel filed a notice of appearance on behalf of Mr. Crawley on May 20, 2020. ECF No. 30. This action was stayed from July 16, 2019, through January 15, 2021. *See* ECF Nos. 26, 33. Currently, Respondents have until June 28, 2021, to answer the First Amended Petition. *See* ECF No. 36 (granting in part Respondents' motion to dismiss and ordering Respondents file an answer to the remaining claims in the first amended petition).
2. The Parties stipulate to an extension of time of 30 days to permit Mr. Crawley leave to file a motion for leave to file a second amended petition. This stipulation should not be construed as a waiver of Respondents' right to respond to Mr. Crawley's motion for leave to file a second amended petition.
3. Accordingly, the Parties agree Mr. Crawley shall have until July 28, 2021, to seek leave of court to file a second amended petition.
4. Respondents' deadline to respond to the petition shall be extended to 45 days after the date on which the court decides upon the motion for leave to file a second amended petition.
5. This is the parties' first stipulation to extend time.
6. This stipulation is not made for purposes of delay but is agreed to in the interests of justice.

Respectfully submitted June 28, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Aaron D. Ford<br>Nevada Attorney General |
| */s/ Alicia R. Intriago*<br>Alicia R. Intriago<br>**Attorney for Petitioner** | */s/ Heather D. Procter*<br>Heather D. Procter<br>**Attorney for Respondents** |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE
United States District Judge

Dated: June 29, 2021.