# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN WAYNE CRAWLEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRAD CAIN, et al.,<br><br>　　　　Respondents. | Case No. 2:17-cv-02086-RFB-CWH<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time nunc pro tunc (ECF No. 48), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time nunc pro tunc (ECF No. 48) is **GRANTED**. Respondents will have up to and including April 26, 2022, to file a response to the second amended petition (ECF No. 47).

DATED: April 14, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1