# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN WAYNE CRAWLEY, | Case No. 2:17-cv-02086-RFB-CWH |
| Petitioner, | **ORDER** |
| v. | |
| BRAD CAIN, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for enlargement of time (first request) (ECF No. 51), and good cause appearing;

**IT IS THEREFORE ORDERED** that petitioner's unopposed motion for enlargement of time (first request) (ECF No. 51) is GRANTED. Petitioner will have up to and including June 24, 2022, to file his opposition to respondents' motion to dismiss.

Dated: May 10, 2022.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT