AARON D. FORD
  Attorney General
HEATHER D. PROCTER (Bar No. 8621)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1271
Fax: (775) 684-1108
HProcter@ag.nv.gov
*Attorney for Respondents*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN WAYNE CRAWLEY,<br><br>          Petitioner,<br><br>vs.<br><br>BRAD CAIN, *et al.*,<br><br>          Respondents. | Case No. 2:17-cv-02086-RFB-CWH<br><br>**UNOPPOSED MOTION FOR<br>ENLARGEMENT OF TIME<br>(FIRST REQUEST)** |

      Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, respectfully move this Court for an order granting a seven (7) day enlargement of time, to and including July 8, 2022, in which to file and serve the reply in support of the motion to dismiss.

      This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings, and other materials on file herein.

      This is my first enlargement of Respondents' time to file said reply, and this motion is made in good faith and not for the purposes of delay.

      RESPECTFULLY SUBMITTED this 30th day of June, 2022.

                                          AARON D. FORD
                                          Attorney General

                            By:  /s/ Heather D. Procter
                                    HEATHER D. PROCTER (Bar No. 8621)
                                    Chief Deputy Attorney General

AARON D. FORD
  Attorney General
HEATHER D. PROCTER (Bar No. 8621)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1271
Fax: (775) 684-1108
HProcter@ag.nv.gov
*Attorney for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN WAYNE CRAWLEY,<br><br>        Petitioner,<br><br>vs.<br><br>BRAD CAIN, *et al.*,<br><br>        Respondents. | Case No. 2:17-cv-02068-RFB-CWH<br><br>**DECLARATION OF COUNSEL** |

STATE OF NEVADA    )
                              : ss.
CARSON CITY         )

      I, HEATHER D. PROCTER, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

      1.    I am the Chief Deputy Attorney General of the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

      2.    By this motion, I am requesting a one-week (7) day enlargement of time, to and including July 8, 2022, to respond in support of Respondents' motion to dismiss. This is my first request for enlargement.

      3.    The response is currently due July 1, 2022.

      4.    Since receiving the opposition to motion to dismiss, I have been involved in working on Ninth Circuit answering briefs in *Howard v. Gittere*, No. 10-99003, and *Doyle v. Gittere* (death penalty),

No. 20-99013. While I am nearly done with my reply in this case, I wish to have additional time after the upcoming Independence Day holiday to review my final response. As such, I request a seven (7) day enlargement of time, to and including July 8, 2022, to respond in support of the motion to dismiss.

5. This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

6. I contacted Federal Public Defender Alicia Intriago, who has no objection to this enlargement.

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

By: /s/ Heather D. Procter
HEATHER D. PROCTER (Bar No. 8621)
Chief Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

Dated this  1st  day of  July , 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 30th day of June, 2022, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)**, by U.S. District Court CM/ECF electronic filing to:

Alicia R. Intriago
Jonathan M. Kirshbaum
Assistant Federal Public Defender
411 E Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
Alicia_Intriago@fd.org
Jonathan_kirshbaum@fd.org

          /s/ Brittany J.