# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN WAYNE CRAWLEY, | Case No. 2:17-cv-02086-RFB-CWH |
| Petitioner, | **ORDER** |
| v. | |
| BRAD CAIN, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 60), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for enlargement of time (second request) (ECF No. 60) is GRANTED. Respondents will have up to and including March 20, 2023, to file their answer to Petitioner's second-amended petition.

Dated: February 3, 2023.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT