# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN WAYNE CRAWLEY,<br><br>Petitioner,<br><br>v.<br><br>BRAD CAIN, et al.,<br><br>Respondents. | Case No. 2:17-cv-02086-RFB-CWH<br><br>**ORDER** |

Petitioner Bryan Crawley having filed a motion for enlargement of time (first request) (ECF No. 64), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's motion for enlargement of time (first request) (ECF No. 64) is GRANTED. Petitioner will have up to and including June 12, 2023, to file his reply in support of his second amended petition.

Dated:   June 2, 2023

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT