# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN WAYNE CRAWLEY, | Case No. 2:17-cv-02086-RFB-CWH |
| Petitioner, | **ORDER** |
| v. | |
| BRAD CAIN, et al., | |
| Respondents. | |

Petitioner Bryan Crawley having filed an unopposed motion for enlargement of time (second request) (ECF No. 67), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for enlargement of time (second request) (ECF No. 67) is GRANTED. Petitioner will have up to and including August 11, 2023, to file his reply in support of his second amended petition.

Dated: June 13, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT