# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRYAN WAYNE CRAWLEY,

    Petitioner,

v.

BRAD CAIN, et al.,

    Respondents.

Case No. 2:17-cv-02086-RFB-CWH

**ORDER**

Petitioner Bryan Crawley having filed an unopposed motion for enlargement of time (third request) (ECF No. 69), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for enlargement of time (third request) (ECF No. 69) is GRANTED. Petitioner will have up to and including October 10, 2023, to file his reply in support of his second amended petition.

Dated: August 15, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT