# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN WAYNE CRAWLEY,<br><br>Petitioner,<br><br>v.<br><br>BRAD CAIN, et al.,<br><br>Respondents. | Case No. 2:17-cv-02086-RFB-CWH<br><br>**ORDER** |

Petitioner Bryan Crawley having filed a motion for enlargement of time (fourth request) (ECF No. 71), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's motion for enlargement of time (fourth request) (ECF No. 71) is GRANTED *nunc pro tunc*. Petitioner will have up to and including January 8, 2024, to file his reply in support of his second-amended petition.

Dated: October 23, 2023

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT