**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYAN WAYNE CRAWLEY,<br><br>Petitioner,<br><br>v.<br><br>BRAD CAIN, et al.,<br><br>Respondents. | Case No. 2:17-cv-02086-RFB-CWH<br><br>**ORDER** |

Petitioner Bryan Crawley having filed an unopposed motion for enlargement of time (fifth request) (ECF No. 73), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's motion for enlargement of time (fifth request) (ECF No. 73) is GRANTED. Petitioner will have up to and including March 8, 2024, to file his reply in support of his second-amended petition.

**Dated:** January 17, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT