# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN WAYNE CRAWLEY,<br><br>Petitioner,<br><br>v.<br><br>BRAD CAIN, et al.,<br><br>Respondents. | Case No. 2:17-cv-02086-RFB-EJY<br><br>**ORDER** |

Petitioner Bryan Crawley having filed an unopposed motion for enlargement of time (sixth request) (ECF No. 76), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's motion for enlargement of time (sixth request) (ECF No. 76) is **GRANTED**. Petitioner will have up to and including **May 28, 2024**, to file his reply in support of his second-amended petition.

**DATED**: March 11, 2024

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT**