# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN WAYNE CRAWLEY,<br><br>　　Petitioner,<br><br>　v.<br><br>BRAD CAIN, *et al.*,<br><br>　　Respondents. | Case No. 2:17-cv-02086-RFB-EJY<br><br>**ORDER** |

Petitioner Bryan Crawley having filed an unopposed motion for enlargement of time (seventh request) (ECF No. 78), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's motion for enlargement of time (ECF No. 78) is GRANTED. Petitioner will have up to and including July 12, 2024, to file his reply in support of his second-amended petition.

**DATED:** June 4, 2023

　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT