# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRYAN WAYNE CRAWLEY,

                     Petitioner,

v.

BRAD CAIN, et al.,

                     Respondents.

Case No. 2:17-cv-02086-RFB-EJY

**ORDER**

Petitioner Bryan Crawley having filed an unopposed motion for enlargement of time (ECF No. 82), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's motion for enlargement of time (ECF No. 82) is GRANTED. Petitioner will have up to and including September 27, 2024, to file his reply in support of his second-amended petition.

**DATED**: August 13, 2024

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT