# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN WAYNE CRAWLEY, | Case No. 2:17-cv-02086-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| BRAD CAIN, *et al.*, | |
| Respondents. | |

Petitioner Bryan Crawley having filed a motion for enlargement of time (ECF No. 84), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's motion for enlargement of time (ECF No. 84) is GRANTED. Petitioner will have up to and including October 14, 2024, to file his reply in support of his second-amended petition.

**DATED:** September 30, 2024

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT